# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Eugene Hill

                V.                  **JUDGMENT IN A CIVIL CASE**

G.J. Giurbino, Warden

                                          CASE NUMBER:    06cv1769-LAB(RBB)

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus is **GRANTED**. Hill's Petition is **DISMISSED WITH PREJUDICE** in its entirety.

| September 19, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/V. Perez |
| | (By) Deputy Clerk |
| | ENTERED ON September 19, 2007 |